# OSBORN LAW P.C.

Daniel A. Osborn, Esq.     dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.     ltrust@osbornlawpc.com

**MEMO ENDORSED**

December 18, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/19/2024

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:     *Malespin v. Commissioner of Social Security*
                 Civil Action No. 1:24-cv-07195-ALC

Dear Judge Carter,

    We write on behalf of our client, Christina Malespin, with the consent of the defense, to request additional time to file her motion for judgment on the pleadings which is currently due on December 25, 2024, per the Court's September 24, 2024 Standing Scheduling Order. This is the parties' first request for an extension.

    After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **March 25, 2025;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **May 26, 2025**; and

- Plaintiff to file her reply, if any, on or before: **June 9, 2025.**

Honorable Andrew L. Carter, Jr.
December 18, 2024
Page Two

Thank you for your consideration of this request.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:	212-725-9800
Facsimile:	212-500-5115
dosborn@osbornlawpc.com

cc: Kristina Danielle Cohn, Esq. (by ECF)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

December 19, 2024
New York, NY