# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                                        dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                           ltrust@osbornlawpc.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 03/18/2025

March 18, 2025

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    *Malespin v. Commissioner of Social Security*
                 Civil Action No. 1:24-cv-07195-ALC

Dear Judge Carter,

      We write on behalf of our client, Christina Malespin, with the consent of the defense, to request a 14-day extension to file her motion for judgment on the pleadings which is currently due on March 25, 2025, per the Court's December 19, 2024 Order granting Motion for Extension of Time to File. This is the parties' second request for an extension. Plaintiff's counsel needs additional time due to a heavy caseload in the next two weeks.

      After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **April 8, 2025;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **June 9, 2025**; and

- Plaintiff to file her reply, if any, on or before: **June 23, 2025.**

43 West 43rd Street, Suite 131       Telephone 212-725-9800       osbornlawpc.com
New York, New York 10036         Facsimile  212-500-5115       info@osbornlawpc.com

Honorable Andrew L. Carter, Jr.
March 18, 2025
Page Two

Thank you for your consideration of this request.

          Respectfully submitted,

          s/Daniel A. Osborn
          Daniel A. Osborn
          OSBORN LAW, P.C.
          43 West 43rd Street, Suite 131
          New York, New York 10036
          Telephone:    212-725-9800
          Facsimile:     212-500-5115
          dosborn@osbornlawpc.com

cc: Kristina Danielle Cohn, Esq. (by ECF)

SO ORDERED:
/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
March 18, 2025
New York, NY